AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>**AMIR P. WILSON**<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 25-mj-02435<br>)<br>)<br>)<br>) |

___ FILED     ___ ENTERED
___ LOGGED   ___ RECEIVED

SEP 2 5 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___DL___ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 24__ in the county of __Ann Arundel__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111(a) | Assault, resisting, opposing, impeding, intimidating, or interfeing with a Federal Law Enforcement Officer engaged in the performance of their official duties |

This criminal complaint is based on these facts:
See attached Affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Ian Montijo, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __09/25/2025__

_____
*Judge's signature*

City and state: __Baltimore, Maryland__          Chelsea J. Crawford
*Printed name and title*